**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6177**

RAOUL LAFOND,

       Plaintiff - Appellant,

   v.

RICHARD S. GLASER, JR.; WALTER C. HOLTON, JR.; CLIFTON THOMAS BARRETT; LYNNE P. KLAUER,

       Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:20-cv-00557-CCE-JEP)

Submitted:  June 24, 2021                      Decided:  June 29, 2021

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raoul Lafond, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raoul Lafond appeals the district court's order accepting the recommendation of the magistrate judge and dismissing under 28 U.S.C. § 1915A(b) Lafond's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lafond v. Glaser*, No. 1:20-cv-00557-CCE-JEP (M.D.N.C. Jan. 14, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*